United States District Court
WESTERN DISTRICT OF WASHINGTON

ALAA ELKHARWILY, M.D.,        JUDGMENT IN A CIVIL CASE

                                                                                       CASE NUMBER:  C15-5579RJB

                 Plaintiff,
     v.

FRANCISCAN HEALTH SYSTEM, a
Washington non-profit corporation,

                 Defendant.

   X  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

      Judgment is entered for Defendant Franciscan Health System and against Plaintiff Alaa Elkharwily.

      October 20, 2016                               WILLIAM M. McCOOL
                                                                                                       Clerk

                                                                            /s/ Dara L. Kaleel
                                                                            By Dara L. Kaleel, Deputy Clerk