# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

ALAA ELKHARWILY, M.D.,

       Plaintiff,

vs.

FRANCISCAN HEALTH SYSTEM, a
Washington non-profit corporation,

       Defendant.

**NOTICE OF CIVIL APPEAL**

No. 3:15-cv-05579-RJB
Hon. Robert J. Bryan, District Court Judge

      Notice is hereby given that Alaa Elkharwily, MD, appeals to the United States Court of Appeals for the Ninth Circuit from final judgment entered on October 20, 2016, order denying new trial entered on December 6, 2016, and order denying motion for reconsideration entered on December 27, 2016.

Dated : January 5, 2017

**ATTORNEYS FOR PLAINTIFF**

_/s Richard T. Wylie_
Richard T. Wylie (MN ID #11912X)
222 South Ninth Street, Suite 1600
Minneapolis, MN 55402
612-337-9581
Email: rickwlaw@aol.com

John C. Cain
John C. Cain Bar No. 16164
802 North Second Street
Tacoma, WA 98403
Tel. 253-564-1879
Email: cainjd11@comcast.net