UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALAA ELKHARWILY, M.D., | CASE NO. 15-5579RJB |
| Plaintiff, | ORDER STRIKING MOTION |
| v. | |
| FRANCISCAN HEALTH SYSTEM, a Washington non-profit corporation, | |
| Defendant. | |

This matter comes before the court on review of the file. It appears that Plaintiff filed a Motion for Relief from Judgment - Rule 60 on January 3, 2017 (Dkt. 146) and on January 5, 2017, Plaintiff filed a Notice of Appeal.

The Notice of Appeal places jurisdiction over this case in the Ninth Circuit Court of Appeals and divests the District Court of jurisdiction. *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982); *United States v Sadler*, 480 F.3d 932, 941 (9th Cir. 2007). Accordingly, Plaintiff's Motion for Relief from Judgment – Rule 60 (Dkt. 146) should be STRICKEN from

the District Court calendar and should be held in abeyance pending the results of the proceedings in the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 12th day of January, 2017.

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER STRIKING MOTION- 2