UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 13 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALAA ELKHARWILY,<br><br>       Plaintiff - Appellant,<br><br> v.<br><br>FRANCISCAN HEALTH SYSTEM, a Washington non-profit corporation,<br><br>       Defendant - Appellee. | No. 17-35009<br><br>D.C. No. 3:15-cv-05579-RJB<br>U.S. District Court for Western Washington, Tacoma<br><br>**MANDATE** |
| ALAA ELKHARWILY,<br><br>       Plaintiff - Appellant,<br><br> v.<br><br>FRANCISCAN HEALTH SYSTEM, a Washington non-profit corporation,<br><br>       Defendant - Appellee. | No. 18-35090<br><br>D.C. No. 3:17-cv-05838-RBL<br>U.S. District Court for Western Washington, Tacoma |

The judgment of this Court, entered June 07, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Craig Westbrooke
Deputy Clerk
Ninth Circuit Rule 27-7